

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

August 02, 2016

No.: 16-30179
D.C. No.: 3:16-cr-00051-BR-1
Short Title: USA v. Ammon Bundy

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Payment of the $505 docketing and filing fees is past due.** Failure to correct this deficiency **within 14 days** will result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the District Court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 02 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>AMMON BUNDY,<br><br>　　　　Defendant - Appellant. | No. 16-30179<br><br>D.C. No. 3:16-cr-00051-BR-1<br>U.S. District Court for Oregon, Portland<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Mon., August 15, 2016**　　　9a Memo/Motion Due

The Response shall be filed within 10 days of service of the 9a Memo/Motion. See 9th Cir. R. 9-1.1.

The Optional Reply may be filed within 7 days of service of the Response. See 9th Cir. R. 9-1.1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　Holly Crosby
　　　　　　　　　　　　　　　　　　Deputy Clerk