J. Morgan Philpot (Oregon Bar No. 144811)
Marcus R. Mumford (admitted *pro hac vice*)
405 South Main, Suite 975
Salt Lake City, UT 84111
(801) 428-2000
morgan@jmphilpot.com
mrm@mumfordpc.com
*Attorneys for Defendant Ammon Bundy*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00051-BR-1 |
| *Plaintiff*, | NOTICE OF APPEAL |
| v. | |
| AMMON BUNDY, | |
| *Defendant*. | |

NOTICE IS HEREBY GIVEN, pursuant to 18 U.S.C. § 3145(c) (authorizing appeal of detention orders), that Defendant Ammon Bundy appeals to the United States Court of Appeals for the Ninth Circuit from the Order On Motion For Release From Pretrial Detention entered in this case on July 19, 2016 (Dkt #903), and the Order of Detention entered on January 29, 2016 (Dkt #26). Defendant further gives notice to the Clerk and to other parties of his intent to file an emergency motion for expedited consideration of this appeal and/or an emergency motion to stay the underlying proceedings pending the outcome, pursuant to Circuit Rule 27-3(a)(1).

Respectfully submitted this 1st day of August, 2016.

                                                                                 */s/ Marcus R. Mumford*
                                                                                 Marcus R. Mumford
                                                                                  J. Morgan Philpot
                                                                                  Attorneys for Ammon Bundy

NOTICE OF APPEAL